IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENEAL YOUNG,**<br><br>                           Plaintiff,<br><br>    v.<br><br>**D. BALKIND, et al.,**<br><br>                          Defendants. | Case No. EDCV 12-7278 JGB (JC)<br><br>**ORDER** |

    In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The mediator shall retain jurisdiction for the sole purpose of enforcement of the terms of the settlement agreement between the parties.

    **IT IS SO ORDERED.**

Dated:  September 7, 2016

                                                  Hon. Jesus G. Bernal<br>                                                  United States District Judge